IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES

V.                                                                  NO. 4:24-CR-00140

RONNELL PRATT

ORDER REQUIRING PETITIONER TO SUBMIT AMENDED PETITION ON THE
ENCLOSED STANDARD FORM WITHIN 21 DAYS

Ronnell Pratt, proceeding *pro se*, has submitted an eight-page typed motion seeking relief under 28 U.S.C. § 2255. Doc. # 34. Pratt, however, has not used the Court's standard form for petitions filed under § 2255. The Court uses these forms for the expeditious administration of § cases. As such, Pratt is **DIRECTED** to complete and return the enclosed standard § 2255 form within twenty-one (21) days from the date of this Order. Failure to do say may lead to the dismissal of his petition without prejudice.

**SO ORDERED**, this the 31st day of March, 2026.

/s/ Jane Virden
UNITED STATES MAGISTRATE JUDGE