IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES

V.                                                                              NO. 4:24-CR-00140

RONNELL PRATT

ORDER

On or about March 30, 2026, Ronnell Pratt filed a *pro se* typed motion seeking to set aside, vacate, and/or correct his sentence under 28 U.S.C. §2255.  Doc. # 34.  The Court subsequently ordered Pratt to submit his § 2255 request on its standard form for such motions.  Doc. # 36.  On May 4, 2026, Pratt filed a *pro se* § 2255 motion on the form mandated by the Court.  Doc. # 38. Based on the Court's view of Pratt's amended § 2255 motion:

1.  The Government is ordered to respond to Pratt's amended § 2255 motion within sixty (60) days of the entry of this order.  Pratt may file a reply within fourteen (14) days after the government's response is served on him.

2.  Pratt's March 30, 2026, motion [34] is DENIED as moot.

SO ORDERED, this the 5th day of May, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE